No. 04–45. NAVAJO NATION v. KRYSTAL ENERGY CO., INC. C. A. 9th Cir. Certiorari denied.

No. 04–48. BARIBEAU ET AL. v. GUSTAFSON. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 04–49. TIG INSURANCE CO. v. SECURITY INSURANCE COMPANY OF HARTFORD ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–50. ALLEN v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 04–53. BUTRY v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–54. APPLING ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–55. MICHIGAN ET AL. v. YELLOW TRANSPORTATION, INC. Ct. App. Mich. Certiorari denied.

No. 04–56. BISACCIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–57. MICHIGAN ET AL. v. SCHNEIDER NATIONAL CARRIERS, INC., ET AL. Ct. App. Mich. Certiorari denied.

No. 04–58. OLIVARES ET UX. v. BIRDIE L. NIX TRUST. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 04–61. LIPKO v. CHRISTIE. C. A. 2d Cir. Certiorari denied.

No. 04–62. STANTINI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–63. CORNEAL ET UX. v. JACKSON TOWNSHIP, HUNTINGDON COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.